**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

RUSSELL,
Petitioner,
vs.
CHRISTINE PAPPAS; AND SHELLY T.
O'NEILL,
Respondents.

No. 67098

**FILED**

JUL 23 2015



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DENYING WRIT PETITION

Having considered the writ petition, we conclude that petitioner has not met his burden to demonstrate that our extraordinary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *see* NRAP 21(a) (providing that a writ petition and appendix thereto must contain a statement of facts necessary to understand the issues presented, the reasons why the writ should issue, including points and legal authorities, and documents essential to understand the matters set forth in the petition). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

---

[1]In light of our resolution of this writ petition, no action needs to be taken with regard to Shelly O'Neill's February 11, 2015, motion to strike.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-22360

cc: Hon. Alvin R. Kacin, District Judge
Russell
Christine Pappas
Demetras & O'Neill
Elko County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A